United States District Court
Southern District of Texas
**ENTERED**
December 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS ROBERTSON, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:17-cv-03025 |
| § | |
| NATIONWIDE GENERAL INSURANCE § | |
| COMPANY and TOMAS GUTIERREZ, § | |
| *Defendants.* § | |

## ORDER GRANTING AGREED MOTION TO REMAND

On this day came to be heard the Agreed Motion to Remand filed by Plaintiff Thomas Robertson and Defendants Nationwide General Insurance Company and Tomas Gutierrez. After consideration of the same, the Court is of the opinion that the motion should be and is hereby GRANTED.

It is therefore ORDERED that this case is hereby REMANDED to the 113th Judicial District Court of Harris County, Texas.

Signed this 30th day of November, 2017.

_____
JUDGE PRESIDING